**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
Four Gateway Center, 5th Floor
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000
Attorneys for Defendant Comenity Bank f/k/a World Financial Network Bank

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 12-cv-06256

VELJKO SUBARA,

        Plaintiff,

v.

WORLD FINANCIAL NETWORK BANK,

        Defendant.

---

CERTIFICATION OF ALINA H. EYET
IN SUPPORT OF APPLICATION OF DAVID KAMINSKI
FOR ADMISSION PRO HAC VICE

---

    1.  I, Alina H. Eyet, make this Certification in support of the application for admission pro hac vice of David Kaminski.

    2.  I am an attorney at law in the State of New Jersey, a member of the Bar of this Court, and an associate at the law firm of Tompkins, McGuire, Wachenfeld & Barry LLP, local attorneys for World Financial Network Bank for the above-captioned application.

    3.  My firm and I have agreed to serve as counsel of record in this matter on behalf World Financial Network Bank and to be held responsible for Mr. Kaminski. We will receive and promptly notify her of all orders, pleadings and notices served upon this office in connection with this case. All pleadings, briefs and

other papers filed with the Court on behalf of World Financial Network Bank will be signed by an attorney associated with the firm of Tompkins, McGuire, Wachenfeld & Barry LLP.

      4. Upon his admission, we will see to it that Mr. Kaminski makes the $150 payment to the Clerk of the Court required by Local Civil Rule 101.1(c)(3).

      5. Upon his admission, we will see to it that Mr. Kaminski complies with the annual payment requirements of New Jersey Court Rule 1:28-2 with respect to the New Jersey Lawyers' Fund for Client Protection.

      6. It is respectfully requested that Mr. Kaminski be admitted pro hac vice in this matter.

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: January 10, 2013      By _____
                                                Alina H. Eyet